IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| YUPANQUI PACHACUTEC, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00272-MTT-CHW |
| | * |
| MONROE COUNTY SHERIFF'S OFFICE et al., | * |
| | * |
| Defendants. | * |

# **J U D G M E N T**

Pursuant to this Court's Order dated November 25, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendants.

This 25th day of November, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk